IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARY MIDGETT**                                                                           **PLAINTIFF**

v.                      **5:07-CV-00233-WRW**

**AETNA LIFE INSURANCE CO., et al.**                              **DEFENDANTS**

## ORDER

Pending is Washington Group International Long Term Disability Plans's unopposed Rule 24(a) Motion For Leave To Intervene (Doc. No. 21). The Motion is GRANTED.

IT IS SO ORDERED this 7th day of May, 2008.

                                                 /s/ Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE